

The New York Times Building
620 Eighth Avenue
37th Floor
New York, New York 10018-1405

David S. Bralow
direct dial: 212.808.2710
bralowd@pepperlaw.com

May 4, 2017

***Via Electronic Filing System***
The Honorable William H. Pauley, III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1920
New York, NY 10007-1312

Re:   *Dermansky v. TEGNA Inc.*, U.S.D.C. -- S.D.N.Y., Civil Action No. 1:17-cv-02690 (WHP)

Dear Judge Pauley:

This firm represents Defendant, TEGNA Inc. ("TEGNA") in the above-captioned action. Pursuant to Your Honor's Individual Practice Rule 1(D), TEGNA respectfully requests that the Court extend the deadline to respond to Plaintiff's First Amended Complaint. TEGNA's current deadline to respond is May 8, 2017. The parties agree that this deadline should be extended by two weeks to **May 22, 2017**, in order to give the parties additional time to continue ongoing settlement discussions.

Counsel for Plaintiff consents to this request. No previous extensions have been requested in this matter. The extension will not affect any other scheduled dates.

Respectfully submitted,

*/s/* David S. Bralow
David S. Bralow

cc:   Richard Liebowitz, Esquire (via ECF Filing System)